591 A.2d 1053

STATE FARM FIRE & CASUALTY COMPANY

v.

Steven R. SPRAGLIN, Scott W. Sinning, Dickinson
College and Alpha Chi Rho, Intervenors.

Appeal of Scott W. SINNING.

Supreme Court of Pennsylvania.

Argued May 10, 1991.

Decided May 29, 1991.

Joseph M. Melillo, for appellant.

John Mancke, Harrisburg, for Alpha Chi Rio.

George F. Douglas, Jr., Carlisle, for State Farm Fire and
Cas. Co.

James K. Thomas, II, Harrisburg, for Dickinson College.

Richard H. Wix, Harrisburg, for Spraglin.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.